| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>simpson, charles r. | 2. Court or Organization<br><br>kywd | 3. Date of Report<br><br>4/19/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>active/dist | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>601 w.broadway #247<br>louisville, ky 40202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. advisory board | International Assn.for Ct. Admin. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 4/19/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | xxxxxxxxxxxxxxxxxxxxxxxxxx xxxxxxxxxx Courtsxxx | 4/15-4/23-10 | Dubai, Sharjah | Speeches | Transport to/frm Dubai-other items not reportable |
| 2. | World Bk | 6/24-7/6-10 | Pula, Croatia | Peer Reviewer for World Bk Justice Sector Loan to Croatian MOJ. | Transport, lodging, meals |
| 3. | American Councils | 7/15-7/16 | Wash DC | meet/orient Russian judicial delegations | Transport, meals, lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 4/19/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 4/19/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ge com | A | Dividend | J | T | | | | | |
| 2. -----------calamos inv tr nw grwth fd cl c | A | Dividend | K | T | | | | | |
| 3. davis n y venture fd cl c | A | Dividend | K | T | | | | | |
| 4. euro pac growth fd clc | A | Dividend | K | T | | | | | |
| 5. allianz multi mgr nfj dvid val fd clc | A | Dividend | | | Sold | 08/19/10 | K | A | |
| 6. growth fd of america | A | Dividend | K | T | | | | | |
| 7. Royce fund totl ret | A | Dividend | K | T | | | | | |
| 8. thornBurg inv tr intl val | A | Dividend | K | T | | | | | |
| 9. fundamental invs inc cl c | A | Dividend | K | T | Buy | 08/20/10 | K | | |
| 10. blackrk muni MM fd | A | Dividend | | | Sold | 07/26/10 | K | A | |
| 11. Federated muni cash ser | A | Int./Div. | | | Buy | 07/26/10 | K | | |
| 12. federated muni cash ser | A | Int./Div. | | | Sold | 08/24/10 | K | A | |
| 13. federated govt cash ser | A | Int./Div. | K | T | Buy | 08/20/10 | K | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. ky telco fed cu | A | Interest | L | T | | | | | |
| 17. Louv. fed CU | B | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 4/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dupree Intermed. govt bond ser | B | Dividend | L | T | | | | | |
| 19. us Bank cd | B | Interest | L | T | | | | | |
| 20. HH bonds | A | Interest | K | T | | | | | |
| 21. Stockyrds bk acct | A | Interest | J | T | | | | | |
| 22. Stockyrds bk cd | A | Interest | K | T | | | | | |
| 23. dupree ky tax-free | D | Dividend | M | T | | | | | |
| 24. | | | | | | | | | |
| 25. Churchill downs com | A | Dividend | J | T | | | | | |
| 26. johnson outdrs com | A | Dividend | J | T | | | | | |
| 27. vanguard totl stk mkt idx fd | A | Dividend | | | Sold | 10/26/10 | K | A | |
| 28. Vangrd totl stk mky idx admiral fd | A | Dividend | K | T | Buy | 10/26/10 | K | | |
| 29. van guard Short-term Treas.adm fd | C | Dividend | M | T | | | | | |
| 30. Vanguard adm treas mm fd | A | Dividend | K | T | | | | | |
| 31. Vanguard Prime mm fd | A | Dividend | J | T | Buy | 01/25/10 | J | | |
| 32. | | | | | | | | | |
| 33. Casual Male Retail com | A | Dividend | J | T | | | | | |
| 34. Churchill Downs com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 4/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. A t Cross com | A | Dividend | J | T | | | | | |
| 36. Glimcher realty Trust com | A | Dividend | J | T | | | | | |
| 37. Johnson Outdoors com | A | Dividend | J | T | | | | | |
| 38. ventas com | C | Dividend | L | T | | | | | |
| 39. vanguard total stock mkt idx fd | A | Dividend | | | Sold | 10/26/10 | K | A | |
| 40. Vanguard totla stock mkt idx ADM fd | A | Dividend | K | T | Buy | 10/26/10 | K | | |
| 41. Vanguard Short-term tras fd | B | Dividend | | | Sold | 10/26/10 | L | A | |
| 42. Vanguard Short-term treas ADM fd | A | Dividend | L | T | Buy | 10/26/10 | L | | |
| 43. Vanguard Admiral trsry mm fd | A | Dividend | K | T | | | | | |
| 44. vanguard prime mm fd | C | Dividend | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. Churchill Downs com | A | Dividend | J | T | | | | | |
| 47. Healthsouth com | A | Dividend | J | T | | | | | |
| 48. National Hlth invs com | A | Dividend | J | T | | | | | |
| 49. Penna Real Est Invest. Trust com | A | Dividend | J | T | | | | | |
| 50. ventas com | B | Dividend | K | T | | | | | |
| 51. Vanguard Tax-managed Cap Apprec Adm fd | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 4/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Tax-mamged Int'l fd | B | Dividend | L | T | | | | | |
| 53. vanguard Tax-managed sm Cap fd | A | Dividend | L | T | | | | | |
| 54. Vanguard Tax-Exempt mm fd | C | Dividend | J | T | | | | | |
| 55. Vanguard Trsy MM fd | C | Dividend | O | T | Sold (part) | 03/11/10 | J | A | |
| 56. " | | | | | Sold (part) | 03/29/10 | J | A | |
| 57. " | | | | | Sold (part) | 03/29/10 | J | A | |
| 58. " | | | | | Sold (part) | 04/07/10 | L | A | |
| 59. " | | | | | Sold (part) | 05/11/10 | L | A | |
| 60. " | | | | | Sold (part) | 06/03/10 | J | A | |
| 61. " | | | | | Sold (part) | 06/23/10 | K | A | |
| 62. " | | | | | Sold (part) | 08/03/10 | J | A | |
| 63. " | | | | | Sold (part) | 08/18/10 | K | A | |
| 64. " | | | | | Sold (part) | 09/27/10 | J | A | |
| 65. " | | | | | Sold (part) | 10/28/10 | J | A | |
| 66. " | | | | | Sold (part) | 11/22/10 | J | A | |
| 67. " | | | | | Sold (part) | 12/07/10 | J | A | |
| 68. " | | | | | Sold (part) | 12/20/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 4/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | | | | |
| 70. Dreyfus Strategis Municipals fd | A | Dividend | J | T | | | | | |
| 71. GE com | A | Dividend | K | T | | | | | |
| 72. Nextera com (name change from FPL Group 6/3) | A | Dividend | J | T | | | | | |
| 73. Vanguard tax-manag Cap Apprec fd | A | Dividend | K | T | | | | | |
| 74. Vanguard Tax-mang Int'l fd | A | Dividend | J | T | | | | | |
| 75. VanguardtAX-mANAG Small Cap fd | A | Dividend | J | T | | | | | |
| 76. Vanguard Tax-Exempt MM fd | A | Dividend | J | T | | | | | |
| 77. vanguard Trsy MM fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 4/19/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 4/19/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ charles r. simpson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544